# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL HELBER,** | ) Case No. 2:10-CV-00590-RGK (ANx) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| **CENTRAL CREDIT SERVICES, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this ____day of April, 2010.

_____
The Honorable R. Gary Klausner